IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BLYTHE BEAL                                                                                          PLAINTIFF

V.                                          NO. 3:05CV00142-JFF

JO ANNE BARNHART,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 8th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE